IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSHUA ORDAZ,<br><br>　　　　　Defendant. | Case No. 25-MJ-6155<br><br>ORDER OF DETENTION |

I.

On October 7, 2025, Defendant Joshua Ordaz made hisr initial appearance on the Criminal Complaint filed in this matter. David Kaloyanides, a member of the Indigent Defense Panel, was appointed to represent Defendant. The government

was represented by Assistant United States Attorney Claire Kelly. At Defendant's request a detention hearing was continued to October 15, 2025 and held on that date.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the arguments presented at the hearing and the report and recommendation prepared by U.S. Probation and Pretrial Services.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Defendant has fled when approached by law enforcement.
- ☒ lack of bail resources
- ☒ partially verified background information

As to danger to the community:

- ☒ allegations in the criminal complaint include racketeer influenced corrupt organizations conspiracy, and conspiracy to possess with intent to distribute controlled substances, and defendant is alleged to be involved in drug trafficking in furtherance of gang activity. Defendant was found to be in possession of firearms and narcotics when approached by law enforcement in September and October 2024.
- ☒ Criminal History includes (1) felony convictions for felon in possession of a firearm, Possession of controlled substances, evading a peace officer, vehicle theft, and bringing alcohol/drugs into prison; (2) misdemeanor convictions for carrying a concealed weapon, drug offenses, and vehicle theft; and (3) numerous law enforcement contacts relating to drugs, vehicle theft and firearms offenses .
- ☒ pending case for possession of firearm for which there are outstanding warrants
- ☒ substance use history
- ☒ alleged gang membership

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 15, 2025

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE